UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WYLMINA E. HETTINGA, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> TIMOTHY P LOUMENA, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.: C 10-2975 PVT <br><br> **ORDER REFERRING THIS CASE TO DISTRICT JUDGE JAMES WARE FOR CONSIDERATION OF WHETHER CASE IS RELATED TO CASE NOS. C09-0253 JW AND C09-6040 JW** |

Plaintiff indicated on the Civil Cover Sheet filed with her complaint that this action is related toCase No. C09-0253 JW (which is entitled *Hettinga et al v. Orlando et al.*) and Case No. C09-6040 JW (which is entitled *Hettinga et al v. Hammon et al.*).[1]  Thus, it is appropriate to consider whether this case is "related" to the other two cases such that they should be assigned to the same judge. *See* Civil L.R. 3-12(c).  Therefore,

IT IS HEREBY ORDERED that this case is referred to Judge Ware for consideration of whether the present case is related to the earlier filed case.

Dated: *10/26/10*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1]  Judge Ware previously found Case Nos. C09-0253 and C09-6040 were related.

ORDER, *page 1*

1
2  ***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***
3
4  copies mailed on    *10/27/10*      to:
5  Wylmina E Hettinga
   844 Downswood Court
6  San Jose, CA 95120
7
8                                          */s/   Donna Kirchner      for*
                                            OSCAR RIVERA
                                            Courtroom Deputy
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER, *page 2*