IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Wylmina Hettinga, et al., | NO. C 10-02975-PVT |
| Plaintiffs, | **ORDER RE: JUDICIAL REFERRAL TO CONSIDER WHETHER THIS CASE IS RELATED TO CASE NOS. C 09-0253-JW AND C 09-6040-JW** |
| v. | |
| Timothy Loumena, et al., | |
| Defendants. | |

Presently before the Court is Magistrate Judge Trumbull's Order Referring this Case for Consideration of Whether Case is Related. (See Docket Item No. 6.) The Order seeks the Court's determination as to whether Hettinga v. Loumena, Case No. C 10-2975-PVT (the "Third Action"), should be related to Hettinga v. Orlando, Case No. C 09-0253-JW (the "Second Action") and Hettinga v. Hammon, Case No. C 09-6040-JW (the "First Action").

Civil Local Rule 3-12(a) provides:

An action is related to another action when:

(1) The action concerns substantially the same parties, property, transaction or event; and

(2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges.

Here, while the Court finds the actions involve some overlapping parties, the Third Action contains both Defendants and causes of actions that are absent from the First and Second Actions.[1]

---

[1] (Compare Complaint, C 10-02975-PVT, hereafter, "Third Complaint," Docket Item No. 1 with First Amended Complaint, C 09-0253-JW, hereafter, "First Complaint," Docket Item No. 20.)

For example, while the previously related cases focus exclusively on allegedly illegal recordings of Plaintiff's conversations with her minor children, Plaintiff's claims in the Third Action focus on an alleged conspiracy by Defendants to deprive Plaintiff of real property. (See Third Complaint at 13-18.) Moreover, there is no risk of inconsistent judgments, as both the First and Second Action have been dismissed by the Court. Thus, the Court finds that there is no risk of "unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."

Accordingly, the Court finds that Hettinga v. Loumena, Case No. C 10-2975-PVT is not related to Hettinga v. Orlando, Case No. C 09-0253-JW and Hettinga v. Hammon, Case No. C 09-6040-JW within the meaning of Rule 3-12(a).

IT IS SO ORDERED.

Dated: November 5, 2010

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Wylmina E. Hettinga  wylmina@sbcglobal.net

Wylmina E Hettinga
844 Downswood Court
San Jose, CA 95120

| | |
|---|---|
| **Dated: November 5, 2010** | **Richard W. Wieking, Clerk** |
| | **By:**  /s/ JW Chambers  <br>     **Elizabeth Garcia**<br>     **Courtroom Deputy** |