UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WYLMINA E. HETTINGA, ET AL., | Case No.: C 10-02975 PSG |
| Plaintiffs, | **ORDER RECOMMENDING DENIAL OF APPLICATION TO PROCEED *IN FORMA PAUPERIS*; REQUEST FOR REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE; ORDER RECOMMENDING ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE** |
| v. | |
| TIMOTHY P. LOUMENA, ET AL., | |
| Defendants. | |

Plaintiff Wylmina E. Hettinga has applied to proceed *in forma pauperis.*

Having reviewed the papers,

IT IS HEREBY ORDERED that the case shall be reassigned to a U.S. District Judge with a recommendation that Plaintiff's application be denied.

IT IS FURTHER RECOMMENDED that an order to show cause be issued for failure to prosecute.

A case management conference statement was due on September 21, 2010 and a case management conference was scheduled to be held on September 28, 2010.[1]  However, Plaintiffs did not file a case management conference statement and did not appear for the conference.  Also, by

---

[1] *See* 7/7/10 Order Setting Initial Case Mgmt. Conf. and ADR Deadlines (Docket No. 3).

September 21, 2010, (at least) Plaintiffs were required either to file written consent to the jurisdiction of the magistrate judge or to request reassignment to a district judge.[2] None did so.[3]

Dated: March 14, 2011

PAUL S. GREWAL
United States Magistrate Judge

---

[2]   *See* Civ. L.R. 73-1(a)(1).

[3]   The court further notes that no counsel has appeared for the four minor co-plaintiffs.

ORDER, *page 2*