**E-Filed 4/4/2011**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| WYLMINA E. HETTINGA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TIMOTHY P. LOUMENA, et al., <br><br> Defendants. | Case Number 5:10-cv-02975 JF/PSG <br><br> ORDER[1] ADOPTING REPORT AND RECOMMENDATION TO DENY WITHOUT PREJUDICE MOTION TO PROCEED *IN FORMA PAUPERIS* AND TO SHOW CAUSE FOR FAILURE TO PROSECUTE <br><br> [RE: Doc. No. 2] |

On July 7, 2010, Plaintiffs filed the instant complaint and motion for leave to proceed in *in forma pauperis*. However, Plaintiffs did not file a case management conference statement or appear for a scheduled case management conference on September 28, 2010. In addition, no Plaintiff filed either a written consent to the jurisdiction of a magistrate judge or request for reassignment to a district judge. On March 14, 2011, Magistrate Judge Paul S. Grewal ordered that the case be reassigned to a United States District Judge, recommending that Plaintiffs' application to proceed *in forma pauperis* be denied and an order to show cause be issued for failure to prosecute be issued. No party has objected to the recommendation.

Pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72(b), and Civil Local Rule 72-3, this Court concurs with and adopts in its entirety Judge Grewal's Report and Recommendation. Accordingly, Plaintiffs' application to proceed *in forma pauperis* will be

---

[1] This disposition is not designated for publication and may not be cited.

Case No. 05:10-cv-02975 JF/PSG
ORDER ADOPTING REPORT AND RECOMMENDATION TO DENY APPLICATION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* AND SHOW CAUSE FOR FAILURE TO PROSECUTE
(JFLC3)

1 denied without prejudice.  Plaintiffs are hereby ordered to show cause on April 29, 2011 at 10:30
2 a.m., why this action should not be dismissed for failure to prosecute.  If Plaintiffs do not file a
3 response to the order to show cause by April 22, 2011, demonstrating why the case should not be
4 dismissed, the Court will dismiss the action without prejudice, pursuant to Fed. R. Civ. Pro.
5 41(b), for failure to prosecute.

7 IT IS SO ORDERED.
8 DATED: April 4, 2011

_____
JEREMY FOGEL
United States District Judge

2

Case No. 05:10-cv-02975 JF/PSG
ORDER ADOPTING REPORT AND RECOMMENDATION TO DENY APPLICATION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* AND SHOW CAUSE FOR FAILURE TO PROSECUTE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| WYLMINA E. HETTINGA, et al.,<br><br>  Plaintiff,<br><br>  v.<br><br>TIMOTHY P. LOUMENA, et al.,<br><br>  Defendants. | Case Number 5:10-cv-02975 JF/PSG<br><br>CERTIFICATE OF SERVICE |

    I, the undersigned, hereby certify that I am an employee of the Office of the Clerk, United States District Court, Northern District of California.

    On April 4, 2011, I served a true and correct copy of the attached document to each of the persons hereinafter listed by placing said copy in a postage paid envelope and depositing said envelope in the United States mail, or by placing said envelope in the outgoing mail delivery receptacle located in the Clerk's Office:

Wylmina E Hettinga  
844 Downswood Court  
San Jose, CA 95120

DATED:  April 4, 2011                       For the Court  
                                                       Richard W. Weiking, Clerk

                                                       By:       /s/         
                                                       Diana Munz  
                                                       Courtroom Deputy Clerk

Case No. 05:10-cv-02975 JF/PSG  
ORDER ADOPTING REPORT AND RECOMMENDATION TO DENY APPLICATION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* AND SHOW CAUSE FOR FAILURE TO PROSECUTE